IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-301-D

| | | |
|---|---|---|
| MAINSTREET COLLECTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KRISTEN ALDERMAN, | ) | |
| RANDY ELLER, | ) | |
| ELLER ENTERPRISES, LLC, | ) | |
| GEORGE KACIC, | ) | |
| GIFTCRAFT, INC., | ) | |
| GIFTCRAFT, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion for limited discovery [D.E. 15] is DENIED. Plaintiff has failed to meet its burden under Federal Rule of Civil Procedure 26(d) concerning such discovery. On February 21, 2013, plaintiff filed a first amended complaint [D.E. 25]. Defendants' motion to dismiss the complaint [D.E. 18] is DENIED as moot. Defendants shall plead in response to the first amended complaint in accordance with the Federal Rules of Civil Procedure.

SO ORDERED. This 1 day of April 2013.

JAMES C. DEVER III
Chief United States District Judge